Payne & Fears LLP
C. Darryl Cordero [Bar No. 126689]
cdc@paynefears.com
Ezra J. Reinstein [Bar No. 224748]
ejr@paynefears.com
801 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

Zimmermann, Koomer, Connolly,
Finkel & Gosselin LLP
Scott Z. Zimmermann [Bar No. 78694]
szimm@zkcf.com
601 South Figueroa Street, Suite 2610
Los Angeles, CA 90017
Telephone: (213) 452-6500
Facsimile: (213) 622-2171

Attorneys for Class Representative Gibson &
Company Insurance Brokers, Inc., and the
Certified Settlement Class




# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON & COMPANY INSURANCE BROKERS, INC., a California corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>QFA ROYALTIES LLC, *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. CV06-5849 PSG (PLAx)<br><br>**CLASS ACTION**<br><br>**Notice of Motion and Plaintiff's and Class Counsel's Motion for Approval of Class Counsel's Attorneys' Fees and Costs**<br><br>[FED. R. CIV. P. 23(a), (b), (c), (e), (h)]<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 790<br>Date: February 23, 2009<br>Time: 1:30 P.M. |

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 23, 2009, at 1:30 P.M., in Courtroom 790 of the above entitled Court, located at 255 E. Temple St., Los Angeles, California, or as soon thereafter as counsel may be heard by the Hon. Philip S. Gutierrez, Plaintiff Gibson & Company Insurance Brokers, Inc., and settlement class counsel C. Darryl Cordero of Payne & Fears LLP and Scott Z. Zimmermann of Zimmermann Koomer Connolly Finkel & Gosselin LLP will and hereby do move this Court under authority of Federal Rules of Civil Procedure 23(h) and 54 and the Court's August 22, 2008, order, for an order approving payment of attorneys' fees and costs to class counsel in the aggregate amount of $3,625,000, which is composed of a recovery of $3,529,204 in fees and $95,796 in costs, and directing the settlement administrator to disburse funds to class counsel in those amounts.

The motion is made on the following grounds:

1. Through the efforts of class counsel, a common fund was established in settlement of this case. The settlement entitles each class member to receive $450 net per transmission of the Quiznos November 1, 2005, fax at issue. Under longstanding Supreme Court and Ninth Circuit precedents, attorneys for the class are entitled to recover reasonable attorneys' fees from the fund.

2. The requested fees are fair and reasonable when tested under both the percentage-of-recovery and the lodestar methods. Under the percentage approach, the requested fee is only 5.8 percent of the total fund value – well below the 25-percent "benchmark" approved by the Ninth Circuit. Under the lodestar cross-

check, the fee represents a multiplier of approximately 1.36 of the basic "lodestar," an amount at the low end of multipliers. The most important factor in determining reasonableness of the requested fees is the degree of success obtained for the class. Here, class counsel obtained a payment for the class that exceeds the payment that the class would have received after successful litigation.

2. Class counsel's firms fairly and reasonably incurred $96,000 in costs. The costs are justified by several factors, including the complexity of the case, the need for document management and analysis, the creation of databases, and the need to obtain deposition testimony of important witnesses in locations across the country.

As part of the proposed settlement, all defendants agreed not to oppose or otherwise object to this motion. (Settlement Agreement, filed herewith under separate cover, § 8.A.) All defendants further agreed that Defendant QCE LLC would deposit the "Aggregate Settlement Payment" with the Claims Administrator, which will include the amount that the Court determines should be class counsel's fees and costs recovery. (*Id.* §§ 8-10.) (If the Court does not permit class counsel to recover the full fees and costs requested, the difference between the approved recovery and the requested amount will be paid to validly-claiming class members as an incremental increase to their recovery.) Class counsel will then be paid their fees and costs (in the amount the Court determines) out of that Aggregate Settlement Payment deposit.

This motion is based on this notice and on other documents filed concurrently herewith, including: Plaintiffs' Memorandum of Points and Authorities in support of this motion; the Declarations of Scott Z. Zimmermann, C. Darryl Cordero, Daniel Rasmussen, John Jacks, Patrick Welch, David Roberts, Joni Brown, Steven Davis,

1  and satisfied class members (including Kathleen Koch of Bank of America; Tim
2  Casey of A. O. Smith Corp.; Brenda Kirby of AMF Bowling Centers, Inc., and
3  Laura MacDonald of Denny's, Inc.); Plaintiffs' Exhibits; the Settlement Agreement,
4  exhibits thereto, and the Separate Agreement, all filed together under separate cover;
5  and on any further argument that may be presented to the Court at the hearing of this
6  motion.

Dated: January 16, 2009

ZIMMERMANN, KOOMER, CONNOLLY
  & FINKEL LLP
SCOTT Z. ZIMMERMANN
  and
PAYNE & FEARS LLP
C. DARRYL CORDERO

By: _____
    EZRA J. REINSTEIN
Attorneys for Class Representative Gibson
& Company Insurance Brokers, Inc., and the
Certified Settlement Class

4851-1866-0355.3